# ALSTON & BIRD

90 Park Avenue<br>
New York, NY  10016<br>
212-210-9400 | Fax: 212-210-9444

Steven L. Penaro  Direct Dial: 212-210-9460  Email: steve.penaro@alston.com

> This request is GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> June 24, 2024

**VIA ECF**

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

   Re:   *Jones v. Bluresca LLC*, 1:23-cv-10758

Dear Judge Willis:

   We represent Defendant Bluresca, LLC ("Bluresca") in connection with the above-referenced matter. We write to respectfully request an extension to submit an ESI Protocol governing the preservation, collection and production of documents in this matter.

   While the parties indicated in the case management order (Dkt. No. 24) that they expected to have the ESI Protocol in place by June 14, 2024, the parties are continuing to meet and confer to finalize some of its terms. As such, the parties jointly request an extension until **June 21, 2024** to file the ESI Protocol. This is the first extension request.

   We appreciate the Court's attention to this matter.

                                    Respectfully Submitted,

                                    *[signature]*

                                    Steven L. Penaro

cc:   Counsel of Record (via ECF)

Alston & Bird LLP                                                                   www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.